# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.          NO. 4:07CR00332-001  SWW | |
| CATRINA RENA EDWARDS | DEFENDANT |

### ORDER

Before the Court is the government's motion for revocation of the conditions of supervised release [doc #26] previously granted the above defendant in this matter.

A hearing is scheduled for *September 16, 2015* at 1:30 p.m.  Due to a conflict on the Court's calendar, the hearing is rescheduled to commence at *10:00 a.m.*

The U. S. Probation Office and the defense counsel are directed to notify the defendant of the time change.

IT IS SO ORDERED this 11th day of September 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE